# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
|     LIU et al    <br>Plaintiff | |
| V. | CIVIL ACTION<br><br>NO.   1:14-cv-13234-WGY |
| BOEHRINGER INGELHEIM et al<br>Defendant | |

## SETTLEMENT ORDER OF DISMISSAL

  YOUNG, DJ

The Court having been advised on   June 9, 2017   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

  June 9, 2017     /s/ Jennifer Gaudet  
  Date     Deputy Clerk